**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>    Defendants. | Case No. 26-cv-5327 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Upon the motion of Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby **ORDERED** that Plaintiff's Motion for Leave to Proceed Anonymously is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____ 6/30/26 _____