UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>      Defendants. | Case No.: 26-cv-5327-JSR<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant FirstBank Puerto Rico certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

FirstBank Puerto Rico is a wholly-owned subsidiary of First BanCorp., a publicly held company.

FirstBank Puerto Rico's subsidiaries and affiliates are:

- First Federal Finance Limited Liability Company
- First Management of Puerto Rico, L.L.C.
- CPG/GS PR NPL, LLC
- First Property Holding LLC
- FirstBank Overseas Corp.
- FB Private Equity Fund LLC
- FB Opportunity Zone Fund LLC

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).


N/A



 Date: July 8, 2026                                    Respectfully submitted,


                                                       **HOLLAND & KNIGHT LLP**
                                                       787 Seventh Avenue
                                                       New York, NY 10019
                                                       Phone: 212.513.3490
                                                       robert.burns@hklaw.com


                                                       _/s/ Robert J. Burns_
                                                       Robert J. Burns

                                                       _Attorney for Defendant Firstbank_
                                                       _Puerto Rico_

2