UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>      Defendants. | Case No.: 26-cv-5327-JSR |

**FIRSTBANK PUERTO RICO AND FIRST BANCORP'S
NOTICE OF MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), Defendants FirstBank Puerto Rico and First BanCorp ("Defendants") hereby move to dismiss the complaint in its entirety with prejudice. The reasons in support of this motion are set forth in the memorandum of law filed contemporaneously with this notice. Pursuant to this Court's Order on July 27, 2026, Plaintiff's memorandum in opposition is due by August 13, 2026, and Defendants' reply memorandum is due by August 20, 2026.  Oral argument for this motion is scheduled for August 28, 2026, at 11:00 a.m.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
Andy O'Laughlin (*pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Christopher Bouchoux
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
christopher.bouchoux@wilmerhale.com

Robert J. Burns
Stosh M. Silivos
Isabel D. Knott
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue, 31st Floor
New York, NY 10019
(t) 212-513-3200
(f) 212-385-9010
robert.burns@hklaw.com
stosh.silivos@hklaw.com
Isabel.knott@hklaw.com

Alex M. Gonzalez (*pro hac vice*)
Israel J. Encinosa (*pro hac vice*)
Barbara A. Martinez (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue
Suite 3300
Miami, FL 33131
(t) 305-374-8500
(f) 305-789-7598
alex.gonzalez@hklaw.com
israel.encinosa@hklaw.com
barbara.martinez@hklaw.com


*Counsel for Defendants FirstBank Puerto Rico
and First BanCorp*