UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FIRSTBANK PUERTO RICO and FIRST BANCORP,

Defendants.

26-cv-5327 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Before the Court is Plaintiff's motion for limited jurisdictional discovery on an expedited basis. The Court grants Plaintiff's motion in part. Plaintiff may seek production of documents described in paragraphs one through five, seven, and eight of Plaintiff's proposed requests, but not paragraph six or paragraphs nine through thirteen, subject to the following further limitation: concerning paragraph one, Plaintiff may seek production of documents and communications concerning any visit to the State of New York by any employee or officer of FirstBank which concerned Epstein, any Epstein-related individual, or any Epstein-related entity. The Court also grants Plaintiff's request to depose a 30(b)(6) witness, but only with respect to the topics as to which this preliminary discovery is pertinent.

The parties are directed to call Chambers today, August 18, 2026, to set an adjusted schedule to accommodate the foregoing discovery.

SO ORDERED.

Dated: New York, NY

August 18, 2026

JED S. RAKOFF, U.S.D.J.