**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FirstBank Puerto Rico and First BanCorp,<br><br>Defendants. | Case No. 1:26-cv-5327-JSR |

**JOINT STIPULATION AND [PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO PROCEED UNDER HER TRUE NAME**

**WHEREAS** Plaintiff, who is currently proceeding under Pseudonym based on the Court's Order (Dkt. 20), wishes to proceed under her true name, Julia Molchonova, in all future pleadings and filings, and Defendants have no objection to her doing so.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. Plaintiff shall proceed under her true name, Julia Molchonova, in all future pleadings and filings in this action;
2. subject to the order of the Court, the case caption in this case is amended to reflect Plaintiff's true name; and
3. the Protective Order entered August 10, 2026 (Dkt. 45) relating to the disclosure of the identity of Jane Doe is a nullity once the case caption in this case is amended to reflect Plaintiff's true name.

**SO STIPULATED AND AGREED.**

*/s/ Sigrid McCawley*
Attorney for Plaintiff

Dated: September 4, 2026

*/s/ Christopher Bouchoux*
Attorney for
Defendants FirstBank Puerto Rico and First BanCorp

Dated: September 4, 2026

**SO ORDERED.**

Jed S. Rakoff
**JED S. RAKOFF, U.S.D.J.**

**Dated:** 9/4/26
**New York, New York**