UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julia Molchonova, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FirstBank Puerto Rico and First BanCorp,<br><br>Defendants. | Case No. 26-cv-5327 (JSR) |

**DECLARATION OF DAVID BOIES IN SUPPORT OF PLAINTIFF JULIA MOLCHONOVA'S MOTION FOR CLASS CERTIFICATION**

I, David Boies, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am the Founding Partner of Boies Schiller Flexner ("BSF"). I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I submit this declaration in support of the motion filed by Julia Molchonova for class certification and approval of BSF as Class Counsel. My firm and I represent Class Representative, Julia Molchonova, in the above-captioned action, and we respectfully request the Court approve our firm as Class Counsel in this action.

**A. Relevant Firm Expertise**

3. BSF has a strong record of successfully and diligently representing plaintiffs in complex class action litigation. Recent cases in which BSF or its partners were lead or co-lead counsel include: *Jane Doe 1 v. Deutsche Bank Aktiengesellschaft* (No. 1:22-cv-10018) (S.D.N.Y.), *Jane Doe 1 v. JP Morgan Chase & Co.* (No. 1:22-cv-10019) (S.D.N.Y.), and *Jane Doe v. Bank of*

*America, N.A.* (No. 1:25-cv-08520) (S.D.N.Y.), in each of which counsel represented a class of Jeffrey Epstein's victims before this Honorable Court and secured substantial recoveries for those classes; *Rodriguez et al. v. Google LLC et al.* (20-cv-04688-RS) (N.D. Cal.), in which BSF obtained a jury award of approximately $425.7 million in a data privacy and cybersecurity class action in September 2025; *In re Grupo Televisa Securities Litigation* (1:18-cv-01979-LLS) (S.D.N.Y.), in which the court granted final approval of a settlement in August 2023; *In re Blue Cross Blue Shield Antitrust Litigation* (No. 2:13-cv-20000) (N.D. Ala.), an antitrust class action in which BSF achieved both what the court referred to as "historic" injunctive relief and a $2.7 billion award in a settlement; *In re Takata Airbag Products Liability Litigation* (No. 1:15-md-02599) (S.D. Fla.), in which the firm obtained a recovery of more than $1.5 billion in a products liability class action; and *In re Halliburton Securities Litigation* (No. 13-317), in which the firm won two appeals to the United States Supreme Court before achieving a $100 million recovery.

4. Other notable cases in which the firm or its partners were lead counsel include *In re Auction House Antitrust Litigation* (No. 1:00-cv-00648) (S.D.N.Y.), in which the firm won $512 million in an antitrust class action after prior interim lead counsel valued the case at less than $100 million.

5. BSF has the resources and expertise to devote to this action, which requires dealing with what I know to be very capable, aggressive, and well-financed lawyers representing Defendants. BSF has already expended, and will continue to expend, substantial time and resources in actively and diligently litigating this action. I, along with my fellow partners Sigrid McCawley and Andrew Villacastin and the rest of our litigation team, have already devoted more than 1,616.2 hours and substantial resources in developing Plaintiff's case and undertaking substantial fact discovery. The expenses that BSF has already incurred include the retention of expert witnesses, consultants, and an e-discovery vendor. BSF also took a lead role in defending against Defendants'

motion to dismiss, including litigating hotly contested jurisdictional issues, taking jurisdictional discovery, and briefing related discovery disputes. BSF also prepared and produced 2,602 documents on behalf of Plaintiff and is also currently reviewing the 2,074 documents produced by FirstBank on September 15, 2026 and millions of documents released by the Department of Justice pursuant to the Epstein Files Transparency Act in order to further develop the class members' claims.

### B. Team Members

6. The BSF team includes myself, Sigrid McCawley, Andrew Villacastin, and thirteen lawyers, as well as a full support staff led by experienced paralegals.

7. **David Boies**: I personally served as co-lead counsel in cases such as *In re Grupo Televisa Securities Litigation* (No. 1:18-cv-01979) (S.D.N.Y.), *In re Halliburton Securities Litigation* (No. 13-317), *In re Blue Cross Blue Shield Antitrust Litigation* (No. 2:13-cv-20000) (N.D. Ala.), *In re Takata Airbag Products Liability Litigation* (No. 1:15-md-02599) (S.D. Fla.), *In re Vitamins Antitrust Litigation* (Nos. 99-7256, 99-7281) (D.D.C.).

8. I, along with Ms. McCawley, have represented survivors of Jeffrey Epstein's sex trafficking enterprise since June 2014. We brought our first case on behalf of survivors against Ghislaine Maxwell in 2015 and our first case against Jeffrey Epstein on behalf of survivors in 2016. We also represented survivors in civil litigation against Jeffrey Epstein's personal attorney, Darren Indyke, and personal accountant, Richard Kahn, *see Ward v. Indyke* (No. 24-cv-01204) (S.D.N.Y.). We have also represented survivors in civil litigation against Epstein's Estate after his death, *see Farmer v. Indyke* (No. 1:19-cv-10474); *Farmer v. Indyke* (No. 1:19-cv-10475); *Helm v. Indyke* (No. 1:19-cv-10476); *Bryant v. Indyke* (No. 1:19-cv-10479); *Doe 1000 v. Indyke* (No. 1:19-cv-10577), and numerous survivors who made applications to the Epstein Victims Compensation Program. We also represented an Epstein survivor in her civil lawsuit against Prince Andrew,

*Giuffre v. Andrew* (No. 21-cv-6702) (S.D.N.Y.) to a favorable settlement, and have represented survivors in the related actions against Bank of America, *Doe v. Bank of America, N.A.* (No. 1:25-cv-08520) (S.D.N.Y.), JPMorgan Chase, *Jane Doe 1 v. JP Morgan Chase & Co.* (No. 1:22-cv-10019) (S.D.N.Y.), and Deutsche Bank, *Jane Doe 1 v. Deutsche Bank Aktiengesellschaft* (No. 1:22-cv-10018) (S.D.N.Y.).

9. **Sigrid McCawley**: Sigrid McCawley is a Managing Partner of BSF. Ms. McCawley's experience and talents have been nationally recognized, having been named Litigator of the Year by The American Lawyer, Top Ten Female Litigator in 2020–2022, by Benchmark Litigation, one of America's Top Lawyers by Forbes in 2026, one of four finalists for Lawyer of the Year by the American Lawyer in 2026 and earlier in 2022, and a finalist for Attorney of the Year in Florida by Daily Business Review, and numerous other awards. Ms. McCawley has handled some of BSF's most challenging disputes, including securing a $100 million victory in the landmark case before the U.S. Supreme Court in *In re Halliburton Securities Litigation* (No. 13-317).

10. Ms. McCawley's experience in the representation of survivors of sexual abuse is also well-documented. As noted above, Ms. McCawley has devoted years of her career to advocating on behalf of survivors of Jeffrey Epstein, including in cases against Prince Andrew, Ghislaine Maxwell, Darren Indyke, Richard Kahn, and the Epstein Estate, as well as in the related class actions against Bank of America, JPMorgan Chase, and Deutsche Bank. Ms. McCawley was recognized by Forbes Magazine for her "iron clad interrogation skills" during the deposition of Ghislaine Maxwell. Her work contributed to the arrest of Jeffrey Epstein, Ghislaine Maxwell, and Jean Luc Brunel, and resulted in a successful resolution of claims for numerous Epstein survivors. Ms. McCawley's work for survivors of Jeffrey Epstein has appeared on Netflix, Lifetime, 60 Minutes, ABC, NBC, CBS, CNN, and Fox, and Ms. McCawley has been further featured in The

New York Times and The Wall Street Journal.

11. **Andrew Villacastin**: Andrew Villacastin is a partner at BSF. In 2022, Mr. Villacastin was recognized in the 2023 edition of Best Lawyers in America as Ones to Watch for his work in commercial litigation, and in 2025, Mr. Villacastin was named a Future Star by Benchmark Litigation's 2026 List. Mr. Villacastin also has significant experience litigating class actions—he is currently defending a life insurance company in multiple class action lawsuits and has represented a major bank in multidistrict LIBOR-related actions involving antitrust, securities, RICO, Commodities Exchange Act, and state law claims. As mentioned above, Mr. Villacastin has been a zealous advocate for survivors of Jeffrey Epstein for years and has worked on many of the aforementioned Epstein-related cases alongside Ms. McCawley.

12. I assure the Court that we have carefully read and understood the Court's Orders regarding the case and the role of Class Counsel.

**C. Exhibits in Support of Motion for Class Certification**

13. Attached are true and correct copies of the following documents:

a. **Exhibit 1:** Declaration of Bradley J. Edwards, dated Sept. 17, 2026.

b. **Exhibit 2:** Expert Report of Jane Khodarkovsky, dated Sept. 17, 2026, and designated confidential by Plaintiff pursuant to the Protective Order in this matter and filed under seal.

c. **Exhibit 3:** Document produced by FirstBank Puerto Rico, FBPR-0034280, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

d. **Exhibit 4:** Palm Beach Police Department Incident Report dated February 17, 2006, JMol_00030616, filed under seal to protect victim-identifying information.

e. **Exhibit 5:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA02353940.

f. **Exhibit 6:** Excerpts of the deposition of Rinaldo Rizzo dated June 10, 2016, in *Giuffre v. Maxwell*, No. 15-cv-07433 (S.D.N.Y.), unsealed by the Second Circuit on August 9, 2019, No. 18-2868, ECF No. 283.

g. **Exhibit 7:** Jeffrey Epstein Non-Prosecution Agreement (2007), HOUSE_OVERSIGHT_000249–257.

h. **Exhibit 8:** Indictment, *United States v. Epstein*, No. 19-cr-490 (S.D.N.Y. filed July 2, 2019).

i. **Exhibit 9:** Jeremy Herb, MJ Lee, and Nicky Robertson, *Justice Department Under Scrutiny for Revealing Victim Info and Concealing Possible Enablers in Epstein Files*, CNN (Feb. 5, 2026).

j. **Exhibit 10:** Jeffrey Epstein's 97-page book of contacts ("Black Book"), filed under seal to protect victim-identifying information.

k. **Exhibit 11:** Document produced by FirstBank Puerto Rico, FBPR_W_0000004, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

l. **Exhibit 12:** Michele Dargan, *Jeffrey Epstein Address Book 'Holy Grail' of Famous Names*, Palm Beach Daily News (Mar. 11, 2011).

m. **Exhibit 13:** Composite exhibit of flight manifests prepared by Jeffrey Epstein's pilots, filed under seal to protect victim-identifying information.

n. **Exhibit 14:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00099306.

o. **Exhibit 15:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01703108.

p. **Exhibit 16:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00358609.

q. **Exhibit 17:** Document produced by FirstBank Puerto Rico, FBPR-0035248, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

r. **Exhibit 18:** Document produced by FirstBank Puerto Rico, FB_JDX_0000007, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

s. **Exhibit 19:** Document produced by FirstBank Puerto Rico, FB_JDX_0000010, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

t. **Exhibit 20:** Document produced by FirstBank Puerto Rico, FB_JDX_0000015, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

u. **Exhibit 21:** Document produced by FirstBank Puerto Rico, FB_W_0000022, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

v. **Exhibit 22:** Document produced by FirstBank Puerto Rico, FB_JDX_0000128, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

w. **Exhibit 23:** Document produced by FirstBank Puerto Rico, FB_JDX_0000152, designated confidential by FirstBank Puerto Rico

pursuant to the Protective Order in this matter and filed under seal.

x. **Exhibit 24:** Document produced by FirstBank Puerto Rico, FB_JDX_0000165, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

y. **Exhibit 25:** Document produced by FirstBank Puerto Rico, FB_JDX_0000187, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

z. **Exhibit 26:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00074147.

aa. **Exhibit 27:** U.S. Dep't of Just., Fed. Bureau of Investigation, FBI Memo, July 2025, at 1.

bb. **Exhibit 28:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01032176.

cc. **Exhibit 29:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01207387.

dd. **Exhibit 30:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01268716.

ee. **Exhibit 31:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01268890.

ff. **Exhibit 32:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01268942.

gg. **Exhibit 33:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01273102.

hh. **Exhibit 34:** Document released by the Department of Justice pursuant to

the Epstein Files Transparency Act, EFTA01268895.

ii. **Exhibit 35:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA02731082.

jj. **Exhibit 36:** Document produced by FirstBank Puerto Rico, FB_W_0000006, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

kk. **Exhibit 37:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01273238.

ll. **Exhibit 38:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00091271.

mm. **Exhibit 39:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01843541.

nn. **Exhibit 40:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00076491.

oo. **Exhibit 41:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01681865.

pp. **Exhibit 42:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01269683.

qq. **Exhibit 43:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01268689.

rr. **Exhibit 44:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01080268.

ss. **Exhibit 45:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01252357.

tt. **Exhibit 46:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA00151554, filed under seal pursuant to the Protective Order.

uu. **Exhibit 47:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01656426, filed under seal pursuant to the Protective Order.

vv. **Exhibit 48:** Document produced by FirstBank Puerto Rico, FB_W_0000001, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

ww. **Exhibit 49:** Letter from Ron Wyden, U.S. Sen., et al. to Pam Bondi, Att'y Gen. & Kashyap Patel, Dir., FBI (Dec. 17, 2025).

xx. **Exhibit 50:** Khadeeja Safdar and Joe Palazzolo, *The CPA and the Lawyer Who Served Jeffrey Epstein—and Control His Fortune and Secrets*, Wall St. J. (Nov. 22, 2025).

yy. **Exhibit 51:** Matthew Goldstein and Steve Eder, *Jeffrey Epstein's Mystery Bank Came Alive After His Death*, N.Y. Times (Feb. 4, 2020).

zz. **Exhibit 52:** Fed. Fin. Insts. Examination Council, *BSA/AML Examination Manual*, "Due Diligence Programs for Private Banking Accounts."

aaa. **Exhibit 53:** Julie K. Brown, *How a Future Trump Cabinet Member Gave a Serial Sex Abuser the Deal of a Lifetime*, Miami Herald (Feb. 13, 2026).

bbb. **Exhibit 54:** Document produced by FirstBank Puerto Rico, FB_W_0000602, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

ccc. **Exhibit 55:** Shirsho Dasgupta, *Epstein Moved Millions Through Mysterious Virgin Islands Bank Right Before Arrest*, Miami Herald (July 6, 2026).

ddd. **Exhibit 56:** Document produced by FirstBank Puerto Rico, FB_W_0000083, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

eee. **Exhibit 57:** Document produced by FirstBank Puerto Rico, FB_W_0000608, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

fff. **Exhibit 58**: Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01145740.

ggg. **Exhibit 59:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, EFTA01273102.

hhh. **Exhibit 60:** Document produced by FirstBank Puerto Rico, FB_JDX_0000007, designated confidential by FirstBank Puerto Rico pursuant to the Protective Order in this matter and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2026

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ David Boies*

David Boies
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: dboies@bsfllp.com