# EXHIBIT 30

1First Bank

# MEMO

Date: 4/6/2016

To: SSU

From: Richard Young

Re: Jeffrey Epstein

---

Jeffrey Epstein is a large non-borrowing deposit Platinum Banking client of FirstBank VI. He has several companies with all of the accounts with FirstBank. He keeps an average combined balance of over $5.3MM with FirstBank.

Mr. Epstein has been banking with FirstBank for over 7 years. Based on the overall deposit relationship, all of his accounts are approved to receive waived account service charge fees and waived wire transfer fees. Going forward, Mr. Epstein's accounts will not receive a charge for service fees.

[redacted]

Richard Young
Platinum & Business Relationship Manager
Market Manager

Waterfront | 11A-11B Curacao Gade | PO Box 309600 | St Thomas, VI 00803 | ☎: 340-775-8531

| : 340-715-9853