UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA MOLCHONOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>Defendants. | 26-cv-5327 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of plaintiff, Julia Molchonova, for class certification. See ECF No. 58. The Court heard oral argument on the motion on October 15, 2026. Upon due consideration of the arguments of counsel, the Court concludes that further information may be helpful in determining whether the proposed class satisfies Fed. R. Civ. P. 23(a)(1). At the suggestion of the Court and the request of the plaintiff, and without objection from the defendants, the Court hereby directs the Claims Administrator appointed in Doe v. Bank of America, N.A., 25-cv-8520, Doe v. JP Morgan, 22-cv-10019, and Doe v. Deutsche Bank, 22-cv-10018, to provide the Court with the following information concerning the members of the settlement classes in those cases:

1. The number of people whose claims were approved and who were abused or trafficked, at least in part, in New York City. This category should be limited to people who were abused or trafficked, at least in part, in 1998 or later.

2. The number of people whose claims were approved and who were abused or trafficked, at least in part, in New York City. This category should be limited to people who were abused or trafficked, at least in part, in 2006 or later.
3. The number of people whose claims were approved and who were abused or trafficked, at least in part, in 2016 or later.
4. The number of people whose claims were approved and who were abused or trafficked, at least in part, in 2006 or later.
5. The number of people whose claims were approved and who were abused or trafficked, at least in part, in 1998 or later.

The Claims Administrator is directed to provide the Court and counsel with the foregoing information, in writing, by Tuesday, October 20, 2026. The response should consist solely of numbers and not reveal the identities of claimants in any respect.

SO ORDERED.

Dated: New York, NY
October 15, 2026

JED S. RAKOFF, U.S.D.J.