UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA MOLCHONOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>Defendants. | 26-cv-5327 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Before the Court is the motion of the lead plaintiff, Julia Molchonova, to certify this as a class action pursuant to Fed. R. Civ. P. 23. See ECF No. 58. Defendants FirstBank Puerto Rico and First BanCorp (collectively "FirstBank") oppose the motion. Briefing of the motion was completed on October 8, 2026, see ECF Nos. 59, 61, 70-71 & 75, and the Court heard oral argument on October 15. After oral argument, the Court ordered certain numerical information be produced to the Court and the parties by the Claims Administrator appointed in Doe v. Bank of America, N.A., 25-cv-8520, Doe v. JP Morgan, 22-cv-10019, and Doe v. Deutsche Bank, 22-cv-10018. See ECF No. 80. The Claims Administrator provided the Court with that information on October 17, 2026, and it was transmitted to the parties on October 19.

After consideration of the arguments of counsel and the record now before the Court, the Court hereby grants Molchonova's motion and certifies the following class: All women who were abused or trafficked by Jeffrey Epstein at any time between January 1, 1998,[1] and August 10, 2019.[2]

An Opinion setting forth the reasons for this Order will issue in due course, after which the Court will consider appropriate notice to the class. Meanwhile, the case should go forward in accordance with the Court-ordered schedule previously set. The Clerk of Court is respectfully directed to terminate the motion at docket entry 58.

SO ORDERED.

Dated: New York, NY

October 20, 2026

JED S. RAKOFF, U.S.D.J.

[1] The approximate date on which FirstBank first opened one or more bank accounts on behalf of Epstein and/or Epstein-related entities.

[2] The date of Epstein's death.