**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA MOLCHONOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>Defendants. | Case No. 1:26-cv-05327 (JSR)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Andrea Guzman for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Florida and that her contact information is as follows:

Applicant's Name: Andrea Guzman

Firm Name: Boies Schiller Flexner LLP

Address: 401 E. Las Olas Blvd. Suite 1200

City/State/Zip: Fort Lauderdale, FL, 33301

Telephone/Fax: Tel: (954) 356-0011 / Fax: (954) 356-0022

Email: aguzman@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Julia Molchonova, individually, and on behalf of all others similarly situated, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/29/2026

United States District Judge