UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA MOLCHONOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>Defendants. | 26-cv-5327 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the application of defendants FirstBank Puerto Rico and First BanCorp (collectively "FirstBank") for an order specifying the applicable deadline to file a petition to appeal the Court's class certification order. Although for the parties' convenience the Court issued a "bottom-line" order on October 20, 2026, granting the motion of plaintiff Julia Molchonova to certify this case as a class action, see ECF No. 81, the Court's order stated that an Opinion setting forth the reasons for its decision would issue in due course. Id. at 2. Accordingly, any petition to appeal the Court's decision with respect to class certification must be filed with the circuit clerk within 14 days after the Court files its Opinion. See Fed. R. Civ. P. 23(f).

SO ORDERED.

Dated: New York, NY

November 2, 2026

JED S. RAKOFF, U.S.D.J.