**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

Julia Molchonova, individually and on behalf of all others similarly situated,
Plaintiff,

v.

FirstBank Puerto Rico et al. and First BanCorp, Defendants.

Case No. 26-cv-5327 (S.D.N.Y.)

**Rule 502(d) Order**

**HON JED S. RAKOFF, United States District Judge:**

The inadvertent production of information that is otherwise entitled to protection under any legal privilege, or under the work-product doctrine, does not constitute a waiver of such objections in this case or in any other federal or state proceeding.

**SO ORDERED.**

DATED: 11/17/26

Jed S. Rakoff
United States District Judge