**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA MOLCHONOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK PUERTO RICO and FIRST BANCORP,<br><br>Defendants. | Case No. 26-cv-5327 (JSR) |

**~~[PROPOSED]~~ ORDER**

Before the Court is Plaintiff Julia Molchonova's motion for an order directing the U.S. Virgin Islands Department of Justice to produce certain materials. Defendants FirstBank Puerto Rico and First BanCorp (collectively, "FirstBank") do not oppose the motion. The Court hereby grants Plaintiff's motion.

On or before November 23, 2026, the U.S. Virgin Islands Department of Justice shall produce all materials referenced in, relating to, or underlying FirstBank's July 28, 2021 "Confidential Presentation to the U.S. Virgin Islands Department of Justice," including, but not limited to, the referenced November 23 presentation.

**SO ORDERED.**

Dated: November 20, 2026

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE